## A14A1577. STRICKLAND v. STRICKLAND et al.
(790 SE2d 550)

MILLER, Presiding Judge.

In *Strickland v. Strickland*, 298 Ga. 630 (783 SE2d 606) (2016), the Supreme Court of Georgia reversed the judgment of this Court in *Strickland v. Strickland*, 330 Ga. App. 879 (769 SE2d 607) (2015). We therefore vacate our opinion in *Strickland*, supra, 330 Ga. App. 879 and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment affirmed. Doyle, C. J., and Dillard, J., concur.*

DECIDED AUGUST 18, 2016.

*Barnes Law Group, Roy E. Barnes*, for appellant.

*Dupree & Kimbrough, Hylton B. Dupree, Jr., Blake R. Carl*, for appellees.